UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ROOFING INDUSTRY PENSION PLAN, JOHN MARTINI, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DAVID SIELFLEISCH ROOFING, INC., )<br>)<br>Defendant(s). ) | Case No. 4:07CV00012 ERW |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant David Sielfleisch Roofing, Inc., since the return of service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiffs shall, no later than **March 21, 2007**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 28th day of February 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE